IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Folk, Eugene

Printed: 01/06/09

Case Number: 08 B 03926
Judge: Wedoff, Eugene R
Filed: 2/21/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 13, 2008
Confirmed: April 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,284.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,200.53 |
| Trustee Fee: |  | 83.47 |
| Other Funds: |  | 0.00 |
| Totals: | 1,284.00 | 1,284.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,479.00 | 1,200.53 |
| 2. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 2.36 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 34.11 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 51.38 | 0.00 |
| 6. | Loan Machine | Unsecured | 284.11 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 50.00 | 0.00 |
| 8. | Devon Financial Services Inc | Unsecured | 59.69 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 115.77 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 43.53 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 1,550.46 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 59.94 | 0.00 |
| 13. | Sherise Folk | Priority |  | No Claim Filed |
| 14. | Alliant Law Group | Unsecured |  | No Claim Filed |
| 15. | State of Illinois | Unsecured |  | No Claim Filed |
| 16. | Focus Receivables Management LLC | Unsecured |  | No Claim Filed |
| 17. | Jeffery Leving Ltd | Unsecured |  | No Claim Filed |
| 18. | Focus Receivables Management LLC | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,730.35 | $ 1,200.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 83.47 |
|  | $ 83.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Folk, Eugene | Case Number:  08 B 03926 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/06/09 | Filed:  2/21/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

